H. D. Morgan, appellant, v. Reuben Baily Carson et al., appellees. Gen. No. 7,674.

Bill to have deeds declared mortgages and to have right to redeem. Dismissed for want of equity. Appeal from the Circuit Court of Peoria county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at the April term, 1926. Affirmed. Opinion filed May 13, 1927.

W. O. Pendarvis, for appellant. J. W. Maple, for appellees.

Mr. Justice Jones delivered the opinion of the court.

---

Cynthia J. Case, appellant, v. Charles V. Weddell, appellee. Gen. No. 7,639.

Action for money obtained through false representations. Judgment for defendant. Appeal from the Circuit Court of De Kalb county; the Hon. John K. Newhall, Judge, presiding. Heard in this court at the April term, 1926. Affirmed. Opinion filed May 26, 1927. Rehearing denied June 30, 1927.

Harry S. Mecartney and Harvey Gunsul, for appellant; J. J. Kilgallon, of counsel. Archie G. Kennedy, for appellee; Thomas M. Cliffe, of counsel.

Mr. Presiding Justice Jett delivered the opinion of the court.

---

S. B. Geiger, appellant, v. City of Rockford, appellee. Gen. No. 7,678.

Action to recover for work and material furnished under written contract. Judgment for defendants. Appeal from the Circuit Court of Winnebago county; the Hon. Edward D. Shurtleff, Judge, presiding. Heard in this court at the October term, 1926. Reversed and remanded. Opinion filed May 31, 1927.

Early & Early, for appellant. David D. Madden, Corporation Counsel, and George T. Liddell, City Attorney, for appellee.

Mr. Justice Jones delivered the opinion of the court.

---

Ernest J. Galbraith, administrator de bonis non of the estate of Michael Harrigan, deceased, appellee, v. Maggie Harrigan, appellant. Gen. No. 7,690.

Appeal from judgment overruling objections to reports of public administrator and for distribution. Appeal from the Circuit Court of Peoria county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at the October term, 1926. Corrected and affirmed. Opinion filed May 31, 1927.

Howard White, for appellant. Irwin L. Fuller, for appellee.

Mr. Justice Jones delivered the opinion of the court.